IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TERRY LEE BATTLE, | * |
| Petitioner, | * |
| v. | Case No. 5:23-cv-00487-TES-MSH |
| | * |
| CHARLES M. MIMS, | |
| | * |
| Respondent. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated December 8, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondent.

This 8th day of December, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk